IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELBY BYRD,

      Petitioner,                  No. CIV-S-10-1871 GGH P

   vs.

GARY SWARTHOUT,

      Respondent.             ORDER

_____/

        Pursuant to the Order, filed on August 2, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee within twenty-eight days. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, on August 16, 2010, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: August 30, 2010               /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

GGH:009
byrd1871.ord